**Larry A. Peluso, Esq.  (SBN: 281380)**
499 North Canon Drive, 4th Floor
Telephone: (310) 887-3600
Facsimile:  (310) 878-0187
pelusolaw@gmail.com

Attorney for Plaintiff, ANTHONY J. BANTA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. BANTA,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, et al.,<br><br>        Defendants. | Case No.: 3:13-cv-00342-CRB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On April 18, 2013, Plaintiff requested this court for a continuance of ninety (90) days for the Case Management Conference in the above entitled matter.

IT IS HEREBY ORDERED that the case management conference is continued to August 9, 2013 at 8:30 a.m..  The case management statement due not less than seven days prior to the conference.

DATED:  April 25, 2013

_____
Honorable Charles R. Breyer
Senior District
U.S. D

*IT IS SO ORDERED*
*Judge Charles R. Breyer*