**Larry A. Peluso, Esq.  (SBN: 281380)**
499 North Canon Drive, 4th Floor
Beverly Hills, CA  90210
Telephone: (310) 887-3600
Facsimile:  (310) 878-0187
pelusolaw@gmail.com

Attorney for Plaintiff, ANTHONY J. BANTA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. BANTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, et al.,<br><br>　　　　Defendants. | **Case No.   3:13-cv-00342-CRB**<br><br>**ORDER EXTENDING TIME TO SERVE PROCESS TO AUGUST 24, 2013**<br><br>**Complaint filed  January 24, 2013**<br>**CMC Date:   September 6, 2013**<br>**Time:          8:30 AM**<br>**Courtroom: 6** |

　　　　On July 9, 2013, Plaintiff requested this court to extend the time for service of process in this case until August 24, 2013.

　　　　Plaintiff explained that prosecution of this case has been delayed by the filing of a probate petition for appointment of an administrator of the estate of the Decedent and that letters of appointment have not yet issued.

1  IT IS HEREBY ORDERED that the time for service of process in this case is
2  extended to August 24, 2013 and the Case Management Conference will be
3  continued to September 6, 2013.
4
5  DATED:   July 10, 2013
6                                                                          _____
                                                                            Hon. Charles R. Breyer
7                                                                          Senior District Judge
                                                                            U.S. District Court
8

*IT IS SO ORDERED*
*Judge Charles R. Breyer*