**Larry A. Peluso, Esq.  (SBN: 281380)**
499 North Canon Drive, 4th Floor
Beverly Hills, CA  90210
Telephone: (310) 887-3600
Facsimile:  (310) 878-0187
pelusolaw@gmail.com

Attorney for Plaintiff, ANTHONY J. BANTA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. BANTA,<br><br>          Plaintiff,<br><br>     vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, et al.,<br><br>          Defendants. | Case No.   **C13-00342 CRB**<br><br>**Hon.  Charles R. Breyer**<br><br>**ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE TO OCTOBER 11, 2013**<br><br>Complaint filed January 24, 2013<br><br>CMC Date:    October 4, 2013<br>Time:             8:30 AM<br>Courtroom:   6 |

On August 20, 2013, Plaintiff requested that this court extend the time for service of process until September 6, 2013 and continue the initial Case Management Conference until October 4, 2013.  The Court granted both requests and issued an Order to this effect.

Plaintiff subsequently discovered that the Court is unavailable on October 4, 2013 and therefore, on September 2, 2013, Plaintiff filed a motion requesting that the Court continue the initial Case Management Conference to **October 11, 2013**.

IT IS HEREBY ORDERED

1. The initial Case Management Conference is continued to October 11, 2013.

DATED: __September 6__, 2013    _____

Honorable C...
Senior Dis...
U.S. District Court

ORDER CONTINUING INITIAL CMC TO OCT. 11