JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
PETRA BRUGGISSER (State Bar No. 241173)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD,
AMY GRIFFITH, THE CITY OF WALNUT CREEK, and
JOEL BRYDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANTHONY AGUSTIN BANTA, by and through ANTHONY J. BANTA and ANGIE R. MCFARLAND, Co-Administrators of the Estate; ANTHIONY J. BANTA; ANGIE R. MCFARLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, namely, HOLLY CONNORS, MICHAEL SUGRUE, GUY EZARD and AMY GRIFFITH; BRUCE DOE; CHARLEY DOE; THE CITY OF WALNUT CREEK, CALIFORNIA; JOEL BRYDEN, Former Walnut Creek Chief of Police; and DOES 3-100,<br><br>Defendants. | Case No. C13-00342 CRB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Charles R. Breyer |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the parties are respectfully requesting that the Court continue the Further Case Management Conference set for July 11, 2014, to after the mediation with Retired Judge Wayne Brazil which is currently scheduled for July 30, 2014.

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

WHEREAS good cause exists to continue the Further Case Management Conference per the parties' agreement.

**IT IS SO STIPULATED**

Dated: May __1__, 2014        MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:  ___/s/ Blechman, Noah___
James V. Fitzgerald, III
Noah G. Blechman
Petra Bruggisser
Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD, AMY GRIFFITH, THE CITY OF WALNUT CREEK, and JOEL BRYDEN

Dated: May __1___, 2014        THE LAW OFFICES OF SWANSON & PELUSO

By:  ___/s/ Peluso, Larry___
Larry Peluso
Attorneys for Plaintiff

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for July 11, 2014 is hereby continued to August 8, 2014, at 8:30 a.m.

**IT IS SO ORDERED**

Dated: May 2, 2014

By: _____
Hon. Charles R. Breyer
Magistrate Judge, United States District Court

*IT IS SO ORDERED — Judge Charles R. Breyer*

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE        2