LARRY A. PELUSO  (SBN 281380)
1861 N. Topanga Canyon Blvd. Ste. H
Topanga, CA 90290
direct (949) 395-0092
fax (310) 388-1602
pelusolaw@gmail.com

Attorney for all Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| THE ESTATE OF ANTHONY AGUSTIN BANTA, by and through ANTHONY J. BANTA and ANGIE R. MCFARLAND, Co-Administrators of the Estate; ANTHONY J. BANTA; ANGIE R. MCFARLAND,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, namely, HOLLY CONNORS, MICHAEL SUGRUE, GUY EZARD and AMY GRIFFITH; BRUCE DOE; CHARLEY DOE; THE CITY OF WALNUT CREEK, CALIFORNIA; Walnut Creek Chief of Police TOM CHAPLIN, Former Chief of Police JOEL BRYDEN; and DOES 3-100,<br><br>            Defendants. | CASE NO.   C 13-00342 CRB<br><br>Hon. Charles R. Breyer<br><br>**STIPULATION AND ORDER TO CONTINUE AUGUST 2014 CASE MANAGEMENT CONFERENCE TO NOVEMBER 2014; DECLARATION OF LARRY A. PELUSO**<br><br>Case Management Conference:<br><br>Date: August 8, 2014<br>Time: 8:30 a.m.<br>Place: Courtroom 6 – 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California<br><br>Complaint Filed: January 24, 2013<br><br>[Jury Trial Demanded] |

-1-

STIPULATION AND ORDER CONTINUING CMC

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this
2  action, through their respective counsel of record, as follows:
3    WHEREAS the parties have agreed to move the mediation date to October 30, 2014, they
4  respectfully request that the Court continue the Further Case Management Conference set for
5
6  August 8, 2014 to after the mediation with Retired Judge Wayne Brazil which is now scheduled for
7  October 30, 2014.
8
9    WHEREAS good cause exists to continue the Further Case Management Conference per
10 the parties' agreement.
11    **IT IS SO STIPULATED**
12
13 Dated:  June 24, 2014          MCNAMARA, NEY, BEATTY, SLATTERY,
                                  BORGES & AMBACHER LLP
14
15                        By:   /s/ Blechman, Noah                              .
16                              James V. Fitzgerald, III
                                Noah G. Blechman
17                              Petra Bruggisser
18                              Attorneys for Defendants HOLLEY CONNORS, MICHAEL
                                SUGRUE, GUY EZARD, AMY GRIFFITH, THE CITY OF
19                              WALNUT CREEK, and JOEL BRYDEN
20
21 Dated:  June 24, 2014          LARRY A. PELUSO, ESQ.
22                                ATTORNEY AT LAW
23
24                        By:     /s/Larry A. Peluso                            .
                                Larry A. Peluso
25                              Attorney for All Plaintiffs
26
27
28

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for August 8, 2014 is hereby continued to November 14, 2014, at 8:30 a.m.

**IT IS SO ORDERED**

Dated: __June 26, 2014__          By: _____
                                      Hon. Charles R. Breyer
                                      Senior District Judge

