JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD,
AMY GRIFFITH, THE CITY OF WALNUT CREEK, and
JOEL BRYDEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANTHONY AGUSTIN BANTA, by and through ANTHONY J. BANTA and ANGIE R. MCFARLAND, Co-Administrators of the Estate; ANTHONY J. BANTA; ANGIE R. MCFARLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, namely, HOLLY CONNORS, MICHAEL SUGRUE, GUY EZARD and AMY GRIFFITH; BRUCE DOE; CHARLEY DOE; THE CITY OF WALNUT CREEK, CALIFORNIA; JOEL BRYDEN, Former Walnut Creek Chief of Police; and DOES 3-100,<br><br>Defendants. | Case No. C13-00342 CRB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Charles R. Breyer |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the parties are respectfully requesting that the Court continue the Further Case Management Conference set for November 14, 2014, to after the mediation with Retired Judge Wayne Brazil which is currently scheduled for December 1, 2014.  The mediation needed

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE – Case
No. C13-00342 CRB

to be moved from late October due to some discovery setbacks.

WHEREAS good cause exists to continue the Further Case Management Conference per the parties' agreement.

**IT IS SO STIPULATED**

Dated: October _10____, 2014       McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: ___/s/ Blechman, Noah_____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD, AMY GRIFFITH, THE CITY OF WALNUT CREEK, and JOEL BRYDEN

Dated: October __10____, 2014       The Law Offices of swanson & peluso

By: ___/s/ Peluso, Larry_____
Larry Peluso
Attorneys for Plaintiff

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for November 14, 2014 is hereby continued to December 12, 2014, at 8:30 a.m.

**IT IS SO ORDERED**

Dated: October 17, 2014

By: _____
Hon. Charles R. Breyer
Magistrate Judge, District Court

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE – Case No. C13-00342 CRB

2

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330