1  LARRY A. PELUSO  (SBN 281380)
2  JULIA S. SWANSON  (SBN 165039)
   SWANSON & PELUSO
3  1861 No. Topanga Canyon Blvd.
   Topanga, CA 90290
4  Peluso:  (855) 700-2970
5  Swanson:  (310) 455-2100
   Facsimile:  (310) 388-1602
6  lpeluso@swanson-peluso.com

7  Attorneys for Plaintiff

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13
   ESTATE OF ANTHONY AGUSTIN BANTA,  )   Case No. C 13-00342 CRB
14 et al.,                           )
                                     )   Hon.  Charles R. Breyer
15              Plaintiff,            )
                                     )
16      vs.                          )   STIPULATION AND ORDER TO
                                     )   CONTINUE FURTHER CASE
17                                   )   MANAGEMENT CONFERENCE TO
   CITY OF WALNUT CREEK, et al.,     )   FEBRUARY 2015
18                                   )
                Defendants.          )
19                                   )

20

21

22
       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this
23
   action through their respective counsel fo record, as follows:
24
       WHEREAS the parties have agreed to move the mediation date to February 3,
25
   2015, they respectfully request that the Court continue the Further Case Management
26
   Conference set for December __, 2014 to after the mediation with Retired Judge Wayne
27
   Brazil which is now scheduled for February 3, 2015.
28

                   STIPULATION AND ORDER CONTINUING THE CMC

1  WHEREAS good cause exists to continue the Further Case Management
2  Conference per the parties' agreement.
3  **IT IS SO STIPULATED**

4  November 24, 2014          MCNAMARA, NEY, BEATTY, SLATTERY, BORGES,
5                             & AMBACHER LLP

6                                    /s/ Blechman, Noah
7                             By _____
                                     James. V. Ftzgerald, III
8                                    Noah G. Blechman
                                     Petra Bruggisser
9                             *Attorneys for Defendants HOLLEY CONNORS,*
10                            *MICHAEL SUGRUE, GUY EARD, AMY GRIFFITH,*
                              *THE CITY OF WALNUT CREEK, and JOEL BRYDEN*
11
    November 24, 2104          SWANSON & PELUSO
12
13                                    /s/ Larry A. Peluso
                              By _____
14                                   Larry A. Peluso
                              *Attorney for Plaintiffs*
15

STIPULATION AND ORDER CONTINUING THE CMC

1
2
3

**ORDER**

4
5

PURSUANT TO THE PARTIES' STIPULAITON, IT IS HEREBY ORDERED AS FOLLOWS:

6
7

The Further Case Management Conference set for December 12, 2014 is hereby continued to February 20, 2015, at 8:30 a.m.

8

**IT IS SO ORDERED**

9
10

Dated: December 3, 2014            By: _____

11
                                         Hon . Charles R. Bryere
                                         Senior Distirct Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1