JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD,
AMY GRIFFITH, THE CITY OF WALNUT CREEK, and
JOEL BRYDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANTHONY AGUSTIN BANTA, by and through ANTHONY J. BANTA and ANGIE R. MCFARLAND, Co-Administrators of the Estate; ANTHONY J. BANTA; ANGIE R. MCFARLAND,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, namely, HOLLY CONNORS, MICHAEL SUGRUE, GUY EZARD and AMY GRIFFITH; BRUCE DOE; CHARLEY DOE; THE CITY OF WALNUT CREEK, CALIFORNIA; JOEL BRYDEN, Former Walnut Creek Chief of Police; and DOES 3-100,<br><br>    Defendants. | Case No. C13-00342 CRB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Charles R. Breyer |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the parties are respectfully requesting that the Court continue the Further Case Management Conference set for July 17, 2015, to after the mediation with Retired Judge Wayne Brazil which is currently scheduled for September 2, 2015.

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT CONFERENCE – Case No. C13-00342 CRB

WHEREAS the parties are currently in the process of conducting party and percipient witness depositions. Despite their best efforts to schedule the mediation in July, due to witness, attorney and mediator availability conflicts for deposition and mediation, the mediation was not able to be set until September 2nd.

WHEREAS good cause exists to continue the Further Case Management Conference to September 11th, or another date following the September 2nd, mediation with Judge Brazil, per the Court's availability.

**IT IS SO STIPULATED**

Dated: June 4, 2015

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Blechman, Noah
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD, AMY GRIFFITH, THE CITY OF WALNUT CREEK, and JOEL BRYDEN

Dated: June 4, 2015

By:
Larry Peluso/Julia Swanson
Dennis Wilson/Anthony Luti
Attorneys for Plaintiffs

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for July 17, 2015, is hereby continued to September 11, 2015, at 8:30 a.m.

**IT IS SO ORDERED**

Dated: June 5, 2015

By:
Hon. Charles R. Breyer
U.S. District Court Judge