JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD,
AMY GRIFFITH, THE CITY OF WALNUT CREEK, and
JOEL BRYDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANTHONY AGUSTIN BANTA, by and through ANTHONY J. BANTA and ANGIE R. MCFARLAND, Co-Administrators of the Estate; ANTHONY J. BANTA; ANGIE R. MCFARLAND,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, namely, HOLLY CONNORS, MICHAEL SUGRUE, GUY EZARD and AMY GRIFFITH; BRUCE DOE; CHARLEY DOE; THE CITY OF WALNUT CREEK, CALIFORNIA; JOEL BRYDEN, Former Walnut Creek Chief of Police; and DOES 3-100,<br><br>　　　　　Defendants. | Case No. C13-00342 CRB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Charles R. Breyer |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the parties are respectfully requesting that the Court continue the Further Case Management Conference set for September 11, 2015, to after the mediation with Retired Judge Wayne Brazil, which is currently being scheduled for October or November.

WHEREAS the mediation with Judge Brazil was scheduled for September 2nd and then the parties were informed by Judge Brazil's assistant that he was unavailable on September 2nd so the parties are meeting and conferring to reset the mediation with Judge Brazil to sometime likely in October or November, depending upon various trial calendars of counsel in this case.

WHEREAS good cause exists to continue the Further Case Management Conference to a date following the October/November mediation with Judge Brazil, per the Court's availability.

**IT IS SO STIPULATED**

Dated: September 9, 2015    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:  /s/ Blechman, Noah
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD, AMY GRIFFITH, THE CITY OF WALNUT CREEK, and JOEL BRYDEN

Dated: September 9, 2015

By:  /s/ Swanson, Julia
Larry Peluso/Julia Swanson
Dennis Wilson/Anthony Luti
Attorneys for Plaintiffs

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for September 11, 2015, is hereby continued to  December 11,  2015, at 8:30 a.m.

**IT IS SO ORDERED**

Dated: September 10, 2015    By:  _____
Hon. Charles R. Breyer
U.S. District Court Judge

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE – Case No. C13-00342 CRB        2