JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD,
AMY GRIFFITH, THE CITY OF WALNUT CREEK, and
JOEL BRYDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANTHONY AGUSTIN BANTA, by and through ANTHONY J. BANTA and ANGIE R. MCFARLAND, Co-Administrators of the Estate; ANTHONY J. BANTA; ANGIE R. MCFARLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUR WALNUT CREEK POLICE OFFICERS, namely, HOLLY CONNORS, MICHAEL SUGRUE, GUY EZARD and AMY GRIFFITH; BRUCE DOE; CHARLEY DOE; THE CITY OF WALNUT CREEK, CALIFORNIA; JOEL BRYDEN, Former Walnut Creek Chief of Police; and DOES 3-100,<br><br>Defendants. | Case No. C13-00342 CRB<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT DEADLINES**<br><br>Trial Judge:   Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS on December 11th, the parties attended a Case Management Conference in this case whereas the Court set the Case Management Deadlines. These deadlines were indicated in the Minute Entry ("ECF 56(No document attached)") following the Case Management

STIPULATION AND ORDER REGARDING CASE
MANAGEMENT DEADLINES - C13-00342 CRB

Conference.

WHEREAS the parties believe the Court has indicated some dates that are different than what was stated in open court, including the completion of non-expert discovery. The parties have also modified the Completion of Expert Discovery deadline. As such, the parties agree to the following deadlines in this case as follows:

| **Event** | **Proposed Deadlines** |
|---|---|
| Completion of non-expert discovery | **April 11, 2016** |
| Expert Disclosure Deadline | March 2, 2016 |
| Rebuttal Expert Disclosure Deadline | March 11, 2016 |
| Completion of Expert Discovery | **April 22, 2016** |
| Last Day to Hear Dispositive motions | June 3, 2016 |
| Pretrial Conference | June 16, 2016, 2:30 p.m. |
| Trial Date | June 27, 2016, 9:00 a.m. |

WHEREAS good cause exists to reset the Case Management Deadlines, per the above listed chart.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

**IT IS SO STIPULATED**

Dated: December 21, 2015

By: ___/s/ Peluso, Larry_____
Larry Peluso/Julia Swanson
Dennis Wilson/Anthony Luti
Attorneys for Plaintiffs

Dated: December 21, 2015    McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: ___/s/ Blechman, Noah_____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
HOLLEY CONNORS, MICHAEL SUGRUE, GUY EZARD, AMY GRIFFITH, THE CITY OF WALNUT CREEK, and JOEL BRYDEN

STIPULATION AND ORDER REGARDING CASE MANAGEMENT DEADLINES - C13-00342 CRB    2

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Case Management Deadlines in this case are as follows:

| **Event** | **Proposed Deadlines** |
| --- | --- |
| Completion of non-expert discovery | April 11, 2016 |
| Expert Disclosure Deadline | March 2, 2016 |
| Rebuttal Expert Disclosure Deadline | March 11, 2016 |
| Completion of Expert Discovery | April 22, 2016 |
| Last Day to Hear Dispositive motions | June 3, 2016 |
| Pretrial Conference (subject to Court's availability) | June 16, 2016, 2:30 p.m. |
| Trial Date (subject to Court's availability) | June 27, 2016, 9:00 a.m. |

**IT IS SO ORDERED**

Dated: December 28, 2015

By: _____
Hon. Charles R. Breyer
U.S. District Court Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

STIPULATION AND ORDER REGARDING CASE MANAGEMENT DEADLINES - C13-00342 CRB        3