IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTHONY BANTA, et al., | No. C 13-342 CRB |
| Plaintiff, | **ARGUMENT ORDER** |
| v. | |
| FOUR WALNUT CREEK POLICE OFFICERS, et al., | |
| Defendant. | |

Plaintiffs should appear at the June 10, 2016 hearing on this matter prepared to state whether they have satisfied Ninth Circuit and California Law requirements for bringing a survival action under "California Code of Civil Procedure § 377.30," see Hayes v. Cty. of San Diego, 736 F.3d 1223, 1229 (9th Cir. 2013), OR Plaintiff should be prepared to explain why the section of Hayes entitled "Standing to Assert Survival Claims" does not apply here.

**IT IS SO ORDERED.**

Dated: June 8, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE