**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF ANTHONY BANTA, et al.,

         Plaintiff,

  v.

FOUR WALNUT CREEK POLICE OFFICERS, et al.,

         Defendants.

_____/

No. C 13-342 CRB

**JUDGMENT**

     On September 22, 2016, a jury ruled in favor of the Defendants.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the Defendants and against the Plaintiff.  The Clerk of Court shall close the file in this matter.

     **IT IS SO ORDERED.**

Dated: September 22, 2016

_____

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE